## NATIONAL CASING CO., Appellant, v. SCHMECHEL, Respondent.

### (182 N. W. 526.)

(File No. 4801.    Opinion filed April 2, 1921.)

**Appeals—Order Excusing Default Before Judgment Granting Leave to Defendant, Whether Appealable.**

An appeal from an order of county court excusing default before judgment and granting leave to answer and defend in an action, is not appealable, (following Paper Supply Co. v. McDonald, 44 S. D. 100, 182 N. W. 526) hence, without motion to dismiss appeal, Supreme Court will take notice of a jurisdictional question, and appeal is dismissed for want of jurisdiction.

McCoy, J., not sitting.

Appeal from County Court, Spink County.  Hon. F. W. COOLIDGE, Judge.

Action by the National Casing Company, a corporation, against Julius Schmechel.  From an order excusing defendant's default before judgment, and granting leave to answer and defend in the suit, plaintiff appeals.  Appeal dismissed.

*M. E. Culhane, B. H. Shaphorst* and *F. E. Austin,* for Appellant.

No appearance on behalf of respondent.

SMITH, J. Appeal from an order of the county court of Spink county, excusing default before judgment, and granting leave to answer and defend in an action pending in said court. For the reasons stated in Paper Supply Co. v. MacDonald, 182 N. W. 526, the order sought to be reviewed is not appealable. In that case there was a motion to dismiss the appeal, while in the present case no such motion was made. The court, however, is required to take notice of jurisdictional questions, whether presented by the parties or not. Winner Milling Co. v. C. & N. W. Ry. Co., 181 N. W. 195; Odell v. Coquolette et al., 103 Iowa, 435, 72 N. W. 670.

As this court is without jurisdiction, the appeal will be dismissed.

McCOY, J., not sitting.